UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM CHARLES GRAHAM, No. 22097-041,

        Petitioner,

     v.

T. LILLARD, Warden,

        Respondent.

Case No. 24-cv-1224-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner William Charles Graham's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

**DATED: July 1, 2024**

**MONICA A. STUMP, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**